IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

Omar Santa-Perez :

    PLAINTIFF, :

VS.

CNBC UNIVERSAL MEDIA, LLC    et al.

    DEFENDANT,

1:18-cv-428

MOTION REQUESTING THE APPOINTMENT OF COUNSEL

    On June 20, 2018 Mr. Omar Santa-Perez filed a Pro Se complaint in the United States District Court for the Southern District of Ohio Western Division. In broad view, the complaint dwells on civil rights of liberty by the intrusion of electronic interception taken by defendants. Named on the Complaint are corporations TD Ameritrade Holding Corporation and CNBC Universal Media, LLC an extension of the parent company Comcast Corporation. These corporations are introduced on the basis of intercepting the Internet & Communications of Mr. Santa-Perez.

    For proper representation on the serious actions that have taken place, Mr. Santa-Perez request an appointment of counsel by the court. Easing the vacuum of communication on matters of legal disputes with documentation.

    The continuation of actions taken by the announced corporations in the claim will cause increasing harm to Mr. Santa-Perez. Under the scrutinizing constraints to Mr. Santa-Perez with

*Omar Santa-Perez*
6/25/2018    1 of 2

advantages rules given to a fictional entity with leadership of would be harmful actors. To note on the events with proper identification in law for the actions; Mr. Santa-Perez pleads the court for appointment of counsel in clearing the mat.

*[signature]*

6/25/2018

2 of 2