OMAR SANTA-PEREZ,

    Plaintiff,                                            Case No. 1:18-cv-428

Vs

CNBC UNIVERSAL MEDIA, LLC, et al.,

    Defendants.

Oral Hearing

1. Case has been granted to proceed on leave in forma pauperis. Case has been recommended to dismiss with prejudice on frivolity, lack of factual basis on allegation as "fantastic or delusional", irrational, or "wholly incredible". Failed to state a claim, rambling, difficult to decipher, and borders delusion.

2. With the faults stated, Mr. Santa-Perez seeks an oral hearing to clear the difficulties that may have arisen in the construct of the complaint. To establish a lack of delusion with realities of real world scenarios within actions of actual occurring events. To establish a factual foundations that the complaint was constructed on but was not expressed properly in pro se. In representing myself to establish clear thinking without delusional thoughts or imagination with the ability to comprehend the accusations without frivolity.

3. Objecting the motion to dismiss with prejudice, Mr. Santa-Perez seeks an oral hearing to make way for the process of court proceeding.

*[signature]*